US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF _____

**AFFIDAVIT OF SERVICE**

JAMES PIERCE,

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED: 2/27/08
DOCKET #:

08 CIV. 1948

Plaintiff(s)/Petitioners(s)

- AGAINST -

HIGHLAND FALLS-FORT MONTGOMERY CENTRAL SCHOOL DISTRICT, et al.,

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/5/08 at 7:45 am at ROUTE 9W, HIGHLAND FALLS, NY 10928

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, AND PROCEDURES FOR ELECTRONIC CASE FILING

on HIGHLAND FALLS-FORT MONTGOMERY CENTRAL SCHOOL DISTRICT therein named

**CORPORATION** ☑ By delivering to and leaving with JOANNE DIBLASI so served to be the DISTRICT CLERK and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BROWN HAIR   48-52 YRS.   5'4"-5'5"   140-145 LBS.

Other identifying features:

Sworn to before me on: 3/6/08

_signature: JoAnn Johnson_

_signature: Ruben Riesgo_

RUBEN RIESGO

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958