UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------)
JAMES PIERCE,                                               )
                                                            )
                        Plaintiff,                          )
                                                            )   ECF Case No. 08-civ-1948 (SCR)
        - against -                                         )
                                                            )
HIGHLAND FALLS-FORT                                         )   STIPULATION EXTENDING
MONTGOMERY CENTRAL SCHOOL                                   )   DEFENDANTS' TIME TO
DISTRICT, PHILIP B. ARBOLINO, former                        )   ANSWER OR RESPOND TO
Superintendent of Schools, and LOUIS                        )   THE COMPLAINT
TROMBETTA, High School Principal,                           )
sued in their individual capacities,                        )
                                                            )
                        Defendants.                         )
------------------------------------------------------------)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties herein, that defendants will have until April 1, 2008 to respond to plaintiff's complaint.

IT IS FURTHER STIPULATED AND AGREED that, for the purposes of this stipulation, facsimile signatures shall be deemed original signatures.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the court without further notice to the parties herein.

Dated: Hawthorne, New York
       March 13, 2008

_____                              _____
Helen G. Ullrich (HU6597)                              Veronica L. Reed (VR 1790)
BERGSTEIN & ULLRICH, LLP                               TRAUB LIEBERMAN STRAUS &
15 Railroad Avenue                                     SHREWSBERRY LLP
Chester, New York 10918                                Mid-Westchester Executive Park
(845) 469-1277                                         Seven Skyline Drive
FAX: (845) 469-5904                                    Hawthorne, New York 10532
*Attorneys for Plaintiff*                              (914) 347-2600
                                                       FAX: (914) 347-8898
                                                       *Attorneys for Defendants*

SO ORDERED
_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
3/25/08