UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- )
JAMES PIERCE,                                          )
                                                       )
        Plaintiff,                                 )    ECF Case No. 08-civ-1948 (SCR)
                                                       )
  - against -                                         )
                                                       )    NOTICE OF DEFENDANTS'
HIGHLAND FALLS-FORT                                    )    MOTION TO DISMISS
MONTGOMERY CENTRAL SCHOOL                              )    PURSUANT TO
DISTRICT, PHILIP B. ARBOLINO, former                   )    FED. R. CIV. P. 12(b)(6)
Superintendent of Schools, and LOUIS                   )
TROMBETTA, High School Principal,                      )
sued in their individual capacities,                   )
                                                       )
        Defendants.                                )
------------------------------------------------------- )

    **PLEASE TAKE NOTICE** that upon the Declaration of Lisa L. Shrewsberry dated March 31, 2008, the exhibits annexed thereto, the accompanying memorandum of law and the prior pleadings and proceedings herein, defendants will move this court on a date to be set by the court, before the Honorable Stephen C. Robinson at the Federal Courthouse, 300 Quarropas Street, White Plains, New York, for an order dismissing plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice, together with such other relief as this court deems just and proper.

Dated:  Hawthorne, New York
         March 31, 2008

                            TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                        By:    Lisa L. Shrewsberry (LS 1597)
                                Veronica L. Reed (VR 1790)
                                Mid-Westchester Executive Park
                                Seven Skyline Drive
                                Hawthorne, New York 10532
                                (914) 347-2600
                                *Attorneys for Defendants*

TO:   Helen G. Ullrich (HU 6597)
      Bergstein & Ullrich, LLP
      15 Railroad Avenue
      Chester, New York 10918
      (845) 469-1277
      *Attorneys for Plaintiff*