<u>ATTORNEY AFFIRMATION</u>

VERONICA L. REED hereby affirms the following under penalties of perjury:

That she is an attorney and counselor-at-law admitted to practice in the State of New York and before this Court and that on the 31 day of March, 2008 affirmant served the within **Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** upon the attorneys whose names and addresses are set forth below, via **Electronic Case Filing System.** On the 1st day of April, 2008, your affirmant served a courtesy copy of the within documents by **United States Postal Service** by enclosing a true copy thereof in a securely sealed envelope/container, with proper postage, addressed to their respective offices, and by depositing the same in an official box of the U.S. Post Office regularly maintained by the United States Government at Seven Skyline Drive, Hawthorne, New York, 10532.

TO:    Helen G. Ullrich (HU 6597)
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277
*Attorneys for Plaintiff*

Dated: New York, New York
March 31, 2008

_____
VERONICA L. REED