UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- )
JAMES PIERCE,                                        )
                                               Plaintiff,    )
                                                           )
        - against -                              )
                                                           )
HIGHLAND FALLS-FORT                                  )
MONTGOMERY CENTRAL SCHOOL                            )
DISTRICT, PHILIP B. ARBOLINO, former                 )
Superintendent of Schools, and LOUIS                 )
TROMBETTA, High School Principal,                    )
sued in their individual capacities,                 )
                                                            )
                                Defendants.    )
---------------------------------------------------- )

ECF Case No. 08-civ-1948 (SCR)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that I, Lisa L. Shrewsberry, of TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, counsel for defendants in this action, hereby appear and respectfully request that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Hawthorne, New York
       April 8, 2008

                            TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                            By:        S/
                                   Lisa L. Shrewsberry (LS1597)
                                   Attorneys for Defendants
                                   Mid-Westchester Executive Park
                                   Seven Skyline Drive
                                   Hawthorne, New York 10532
                                   (914) 347-2600

TO:    Helen G. Ullrich (HU 6597)
        Bergstein & Ullrich, LLP
        15 Railroad Avenue
        Chester, New York 10918
        (845) 469-1277
        *Attorneys for Plaintiff*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

CHRISTINA GOLINO, being duly sworn, deposes and says:

That deponent is not a part to the within action and is over 18 years of age.

That on the 8th day of April 2008, deponent served the within **NOTICE OF APPEARANCE** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **ELECTRONIC CASE FILING**.

TO:   Helen G. Ullrich (HU 6597)
      Bergstein & Ullrich, LLP
      15 Railroad Avenue
      Chester, New York 10918
      (845) 469-1277
      *Attorneys for Plaintiff*

                                                  _____
                                                  CHRISTINA GOLINO

Sworn to before me this
8th day of April 2008.

_____
Notary Public

CLAUDINE N. BONCI
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011