# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

*Of Counsel*
Christopher D. Watkins

VIA FACSIMILE – (914) 390-4179
April 8, 2008

**MEMO ENDORSE**

Hon. Stephen Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Pierce v. Highland Falls-Fort Montgomery CSD
       08 Civ. 1948 (SCR)

Dear Judge Robinson:

This firm represents plaintiff in this action. On April 1, 2008, defendant filed a motion to dismiss the Complaint. Through this letter, I am setting forth the briefing schedule that the parties agreed to:

Plaintiff's opposition: May 2, 2008
Defendants' reply: May 16, 2008

Very truly yours,

Stephen Bergstein

cc:   Veronica L. Reed, Esq.
      Fax: 914-347-8898

**APPLICATION GRANTED**

Stephen C. Robinson
HON. STEPHEN C. ROBINSION  4/10/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____