# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP
NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

May 9, 2008

**Via Facsimile (914) 390-4179**
**and Regular Mail**

Honorable Stephen Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Pierce v. Highland Falls-Fort Montgomery CSD
      08 Civ. 1948 (SCR)

Dear Judge Robinson:

This firm is counsel for defendants in the above-referenced action, and we write to request an extension of time for defendants to serve and file their reply in further support of their motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure until June 6, 2008. Defendants' original time to submit their reply is May 16, 2008, pursuant to Your Honor's order dated April 10, 2008. We request this additional time because the attorney at our firm, who had been handling this matter, Veronica L. Reed, Esq., has recently gone on maternity leave. Thus, this matter has been transferred to another attorney who requires additional time to properly respond to plaintiff's opposition. We have conferred with plaintiff's counsel and he has consented to this brief extension of time.

Thank you for your consideration in this matter.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

Beth J. Hoffman

cc:   Stephen Bergstein, Esq. (via facsimile)

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
5/12/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: