<u>ATTORNEY AFFIRMATION</u>

VERONICA L. REED hereby affirms the following under penalties of perjury:

That she is an attorney and counselor-at-law admitted to practice in the State of New York and before this Court and that on the 21 day of July, 2008 affirmant served the within **Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** upon the attorneys whose names and addresses are set forth below, via **Electronic Case Filing System.** On the 21st day of July, 2008, your affirmant served a courtesy copy of the within documents by **United States Postal Service** by enclosing a true copy thereof in a securely sealed envelope/container, with proper postage, addressed to their respective offices, and by depositing the same in an official box of the U.S. Post Office regularly maintained by the United States Government at Seven Skyline Drive, Hawthorne, New York, 10532.

TO:  Helen G. Ullrich (HU 6597)
     Bergstein & Ullrich, LLP
     15 Railroad Avenue
     Chester, New York 10918
     (845) 469-1277
     *Attorneys for Plaintiff*

Dated: New York, New York
       July 21, 2008

_____s/_____
VERONICA L. REED