UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- )
JAMES PIERCE,                                            )     ECF Case No. 08-civ-1948 (SCR)
                                                         )
            Plaintiff,                               )     **NOTICE OF APPEARANCE**
                                                         )
   - against -                                       )
                                                         )
HIGHLAND FALLS-FORT                                      )
MONTGOMERY CENTRAL SCHOOL                                )
DISTRICT, PHILIP B. ARBOLINO, former                     )
Superintendent of Schools, and LOUIS                     )
TROMBETTA, High School Principal,                        )
sued in their individual capacities,                     )
                                                         )
            Defendants.                              )
-------------------------------------------------------- )

       PLEASE TAKE NOTICE, that I, Daniel G. Ecker, of TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, counsel for defendants in this action, hereby appear and respectfully request that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  Hawthorne, New York
         September 4, 2008

                                  TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                      By:        s/
                            Daniel G. Ecker (DE 2017)
                            Attorneys for Defendants
                            Mid-Westchester Executive Park
                            Seven Skyline Drive
                            Hawthorne, New York 10532
                            (914) 347-2600

TO:    Helen G. Ullrich (HU 6597)
         Bergstein & Ullrich, LLP
         15 Railroad Avenue
         Chester, New York 10918
         (845) 469-1277
         *Attorneys for Plaintiff*