# TRAUB LIEBERMAN
## STRAUS & SHREWSBERRY LLP
NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

September 3, 2008

**VIA FACSIMILE**

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

   Re: *Pierce v. Highland Falls-Fort Montgomery Central Sch. Dist., et al.*
     Docket No. 08cv1948

Hon. Judge Robinson:

  This firm represents the defendants in the above-captioned matter.

  The parties are scheduled to appear before your Honor on September 5, 2008 for further oral argument regarding defendants' motion to dismiss the complaint. Due to a scheduling conflict, we respectfully request an adjournment of the argument date. Plaintiff's counsel has consented to a brief adjournment of the argument date, however she advises that she will be engaged in trial from September 8 - 19, 2008. Therefore, we respectfully request that the argument be adjourned to <u>Friday, September 26, 2008</u>, or the earliest subsequent date that is convenient to the Court.

@ 10:00am

  We thank your Honor for your consideration of this matter.

           Sincerely,

        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

           Daniel G. Ecker

cc: Helen Ullrich, Esq.
   Bergstein & Ullrich, LLP

**APPLICATION GRANTED**
*Stephen C Robinson*
HON. STEPHEN C. ROBINSION   9/3/08